UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80815-CIV-SMITH/REINHART

EMILY KENNEDY,

    Plaintiff,
v.

AMGUARD INSURANCE COMPANY,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Omnibus Report and Recommendation [DE 32] on Plaintiff's Motion to Amend Complaint and Remand [DE 9] and Defendant's Motion for Leave to Amend its Affirmative Defenses by virtue of its Notice of Withdrawing Affirmative Defenses 2, 5, and 7 [DE 27]. The Magistrate Judge's Report and Recommendation recommends granting Defendant's Motion for Leave to Amend its Affirmative Defenses [DE 27] and denying Plaintiff's Motion to Amend and Remand [DE 9]. On January 27, 2025, Plaintiff filed a Notice of No Objection to the Magistrate's Omnibus Report and Recommendation [DE 33]. Accordingly, having reviewed the Report and Recommendation, the parties' motions, the record, and given Plaintiff's non-objection, it is

**ORDERED** that:

1) Magistrate Judge's Omnibus Report and Recommendation [DE 32] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion to Amend Complaint and Remand [DE 9] is **DENIED.**

3)      Defendant's Motion for Leave to Amend its Affirmative Defenses [DE 27] is **GRANTED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of January 27, 2024.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record